1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual, | Case No.: 2:21-cv-02750-TJH-MAAx |
| Plaintiff, | *Hon. Terry J. Hatter, Jr.* |
| v. | |
| 950 NORTH AVALON, LLC, a California limited liability company; and Does 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE**   [JS-6] |
| Defendants. | Action Filed: March 30, 2021<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant 950 North Avalon, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: APRIL 4, 2022

                                          Hon. Terry J. Hatter, Jr.
                                        United States District Judge